FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 MAY 17 AM 10: 52

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Maxine Shepard, et al<br>P.O. Box 60731<br>Colorado Springs, CO 80960<br><br>v.<br><br>United States Department of Veteran Affairs<br>810 Vermont Aveenue, NW<br>Washington, DC 20420<br><br>United States Department of Defense<br>1400 Defense Pentagon<br>Washington, DC 20301<br><br>St. David's Medical Center<br>12221 Mopac Expressway North<br>Austin, TX 78758 | Case No. 1:18-vc-01098-KMT |

## FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRAIL

Plaintiff Maxine Shepard et al, sues the Department of Veterans Affairs et al., and requests as follows:

Plaintiff would like to remove Defendant Austin Dental Works for this Complaint.

Austin Dental Works did play a part in furthering the depraved actions of the Department of Veterans Affairs. However, Plaintiff would like them removed from this complaint and reserves the right to pursue legal action in a separate civil action as the law allows.

## JURISDICTION

Jurisdiction in this action comes under 28 U.S.C., Section 636(c) and D.C.COLO.LcivR 40.1(c), concerning Nonconsent to United States Magistrate Judge Jurisdiction. According to these rules, if one party declines, no order of reference is entered or it is vacated and the civil action shall be assigned to a district judge.

## NATURE OF THIS ACTION

Plaintiff declines to the exercise of jurisdiction by a U.S. Magistrate Judge.

The Defendants have engaged in outrageous, negligent and illegal conduct that should be punished to the maximum extent under the law. The Defendants, the Department of Veterans Affairs, unlawfully implanted Plaintiff, Maxine Shepard with microchips, caused harm to her daughter, and unlawfully entered Plaintiff's home and implanted Plaintiff's service animal with a microchip on the right side of his skull.

## DEMAND FOR JURY TRIAL AND ASSIGNMENT OF DISTRICT JUDGE

The Defendants actions represent a depraved disregard for the law as is the case in an over-powerful, unchecked, unaccountable government. The actions of the Defendants warrant being tried in an open court. The Plaintiff has suffered numerous injuries due to the actions of the Department of Veterans Affairs and deserves restitution for her injuries, her daughters' injuries and those of her service animal in accordance with the FTCA and all applicable laws.

Plaintiff, Maxine Shepard hereby demands a trial by jury and respectfully declines appointment of a magistrate judge.

*(signature)*
**Maxine Shepard, Primary Plaintiff**
**P.O. Box 60731**
**Colorado Springs, CO 80960**

_____
**Anna A. Siaw-Sappore,**
**Secondary Plaintiff**
**P.O. Box 60731**
**Colorado Springs, CO 80960**